## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
No. _____

| | | |
|---|---|---|
| LANCE PARR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **MOTION FOR ADMISSION** |
| v. | § | **PRO HAC VICE** |
| | § | **and AFFIDAVIT** |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**Robert O. Jenkins** ("Local Counsel") a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of **William A. Kershaw** ("Applicant"), who seeks permission to represent **Lance Parr** ("Client") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is Delaware.

2. Applicant practices under the name of or as a member of the following firm:

Kershaw Talley Barlow PC
401 Watt Avenue
Sacramento, CA 95864
Telephone Number: 916-779-7000
Facsimile Number: 916-244-4829
Email: bill@ktblegal.com

3.     Applicant certifies that she is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: California.

4.     Applicant certifies she has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization.  If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5.     Applicant certifies that the client requested Applicant to represent him in this matter, along with Local Counsel.

6.     Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

2

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8.      The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9.      Applicant consents to electronic notification and is registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.


By signing this Motion, we so certify.

This, the 5th day of October, 2023.


/s/ Robert O. Jenkins
_____            _____
Local Counsel                                          Applicant

Robert O. Jenkins
NC State Bar #19102
LANIER LAW GROUP, P.C.
6518 Airport Center Dr.
Greensboro, NC 27409
Telephone: 363-506-1041
rjenkins@lanierlawgroup.com

3